IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

QUAVON DAVIS,

                    Plaintiff,

v.

DANIEL LAYMAN, JESSE BEAVER
and DONNA MAYHEW,

                    Defendant.

ORDER

17-cv-704-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Pro se plaintiff Quavon Davis, who is incarcerated at the Columbia Correctional Institution, is proceeding on Eighth Amendment claims that staff at the institution dispensed the wrong medication to him and failed to treat his resulting symptoms in an adequate or timely manner. Now before the court is a motion for summary judgment filed by defendants Jesse Beaver and Donna Mayhew asking that the court dismiss the claims against them on the ground that plaintiff failed to exhaust his administrative remedies with respect to those claims. Dkt. #29. Because plaintiff admits that he did not exhaust his administrative remedies with respect to these defendants and asks that they be dismissed, dkt. #32, I will grant the motion for summary judgment and dismiss his claims against defendants Beaver and Mayhew without prejudice.

1

ORDER

IT IS ORDERED that the motion for summary judgment filed by defendants Jesse Beaver and Donna Mayhew, dkt. #29, is GRANTED. Plaintiff's claims against defendants Beaver and Mayhew are DISMISSED without prejudice.

Entered this 31st day of May, 2018.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge