IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

QUAVON KHALID DAVIS,

    Plaintiff,

  v.

Case No. 17-cv-704-bbc

DANIEL W. LAYMAN, JESSE BEAVER
and DONNA MAYHEW,

    Defendants.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 3/14/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |